# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
8/30/19 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

- **Debtor:** GERALDINE BURKS
- **Case Number:** 19-20459-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 29, 2019 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#46 Amended Plan Dated 6/11/2019 (NFC)
R / M #:   46 / 0

### *Appearances:*

Debtor: Bordelski
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Handwritten notes:*
One payment to date
No plan payments
Since 3/18/19
Arrears $5423.91

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. **✓** Other:

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he/she has no defense.

8/20/2019   11:47:23 AM