IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
GERALDINE BURKS, : Bankruptcy No. 19-20459-CMB
:
: Chapter 13
*Debtor,* :
: Related to Dkt. No. 50

## ORDER

*AND NOW,* this **30th** day of ***August, 2019***, it is hereby **ORDERED, ADJUDGED and DECREED** that a Hearing on the above-captioned case is scheduled for October 11, 2019 at 10:00 a.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 to Show Cause why the case should not be dismissed per Conciliation Conference held August 29, 2019 regarding the Amended Plan Dated June 11, 2019 at Dkt. No. 46. Any response or objection to the dismissal of this case must be filed with the Clerk no later than September 30, 2019. In the event that no response is filed the Court may enter an order by default dismissing this case.

FILED
8/30/19 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    jah
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 19-20459-CMB
Geraldine Burks                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel              Page 1 of 1              Date Rcvd: Aug 30, 2019
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db              +Geraldine Burks,    569 Sunnyfield Drive,    Monroeville, PA 15146-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski   on behalf of Debtor Geraldine  Burks atyrusb@choiceonemail.com
                                                                                           TOTAL: 6