**PROCEEDING MEMO**

**Date:** 10/11/2019 10:00 am

In re: Geraldine Burks

                                              Bankruptcy No. 19-20459-CMB
                                              Chapter: 13
                                              Doc. # 46

**Appearances:**

**Movant(s):** DeSimone

**Respondents:** Burdelski

**Creditor(s):**

**Nature of Proceeding:** #46 Rule To Show Cause Why Case Should Not Be Dismissed per Conciliation Conference Held 08/29/2019 regarding the Amended Plan Dated 06/11/2019

**Additional Pleadings:** #46 Amended Chapter 13 Plan Dated 06/11/2019
                            #48 Certificate of Service
                            #50 Conciliation Conference Minutes from 08/29/2019

**Judge's Notes:**

d:
-no defense


**Outcome:**
filing fee paid
case dismissed without prejudice


                                                                      Carlota M. Böhm
                                                                      Chief U.S. Bankruptcy Judge

                                                                      FILED
                                                                      10/11/19 3:23 pm
                                                                      CLERK
                                                                      U.S. BANKRUPTCY
                                                                      COURT - WDPA