**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Geraldine Burks** | : | Case No. 19–20459–CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      **AND NOW,** this **The 11th of October, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20459-CMB
Geraldine Burks                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2          Date Rcvd: Oct 11, 2019
                             Form ID: 309         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db            +Geraldine Burks,   569 Sunnyfield Drive,   Monroeville, PA 15146-1612
cr            +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA 15219,   UNITED STATES OF AMERICA 15219-6101
14996615      +CAPITAL ONE BANK,   120 CORPORATE BLVD.,   Norfolk, VA 23502-4952
14996617      +CITIBANK,   120 CORPORATE BLVD.,   Norfolk, VA 23502-4952
14996618      +CITIFINANCIAL,   605 MUNN ROAD E,   Fort Mill, SC 29715-8421
15015883      +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
15021501      +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14996620       MACYS,   PO BOX 8218,   Monroe, OH 45050
14996621      +MONROEVILLE MUNICIPAL AUTHORITY,   219 SPEELMAN LANE,   Monroeville, PA 15146-3903
14988900      +PNC,   3232 NEWARK DR,   Miamisburg, OH 45342-5433
14988899      +PNC,   C/O JOSEPH GOLDBECK, ESQ,   STE 5000, MELLON INDEP. CTR,   701 MARKET ST,
               Philadelphia, PA 19106-1538
15028213      +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14996626       PNC MORTGAGE,   PO BOX 1820,   Dayton, OH 45401-1820
14996628      +WORLD FINANCIAL BANK,   120 CORPORATE BLVD.,   Norfolk, VA 23502-4952
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2019 02:47:44   Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14996614      +EDI: CAPITALONE.COM Oct 12 2019 06:28:00   CAPITAL ONE BANK,   PO BOX 30281,
               Salt Lake City, UT 84130-0281
14996616      +EDI: CHASE.COM Oct 12 2019 06:28:00   CHASE BANK,   PO BOX 15298,   Wilmington, DE 19850-5298
15026448       EDI: BL-BECKET.COM Oct 12 2019 06:28:00   Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
14996619      +E-mail/Text: bmcnotices@becket-lee.com Oct 12 2019 02:46:37   KOHLS,   PO BOX 3115,
               Milwaukee, WI 53201-3115
14996622      +EDI: WFNNB.COM Oct 12 2019 06:28:00   NEW YORK & CO.,   PO BOX 182789,
               Columbus, OH 43218-2789
14996623      +EDI: RMSC.COM Oct 12 2019 06:28:00   OLD NAVY,   PO BOX 965005,   Orlando, FL 32896-5005
15033332       EDI: PRA.COM Oct 12 2019 06:23:00   Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
14989044      +EDI: PRA.COM Oct 12 2019 06:23:00   PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
15003412      +EDI: JEFFERSONCAP.COM Oct 12 2019 06:23:00   Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14996627       EDI: RMSC.COM Oct 12 2019 06:28:00   SYNCB/JCPENNEY,   PO BOX 965007,
               Orlando, FL 32896-5007
                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL ASSOCIATION
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14996624*     +PNC,   C/O JOSEPH GOLDBECK, ESQ,   STE 5000, MELLON INDEP. CTR,   701 MARKET ST,
               Philadelphia, PA 19106-1538
14996625*     +PNC,   3232 NEWARK DR,   Miamisburg, OH 45342-5433
                                                                     TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                               Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: gamr          Page 2 of 2          Date Rcvd: Oct 11, 2019
                             Form ID: 309          Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
        cnoroski@grblaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Russell A. Burdelski    on behalf of Debtor Geraldine   Burks atyrusb@choiceonemail.com
                                             TOTAL: 6