**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GERALDINE BURKS<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20459<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 02/02/2019 and confirmed on 05/03/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,355.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,355.98 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 494.94 | |
| 　Trustee Fee | 65.09 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 560.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　PNC BANK NA<br>　　Acct: 7893 | 0.00 | 795.95 | 0.00 | 795.95 |
| 　PNC BANK NA<br>　　Acct: 7893 | 28,591.32 | 0.00 | 0.00 | 0.00 |
| 　MONROEVILLE WTR/SWG AUTHORITY<br>　　Acct: 3550 | 200.00 | 0.00 | 0.00 | 0.00 |
| 　COUNTY OF ALLEGHENY (R/E TAX)*<br>　　Acct: 7R32 | 1,335.49 | 0.00 | 0.00 | 0.00 |
| 　COUNTY OF ALLEGHENY (R/E TAX)*<br>　　Acct: 7R32 | 1,674.63 | 0.00 | 0.00 | 0.00 |
| | | | | 795.95 |
| **Priority** | | | | |
| 　RUSSELL A BURDELSKI ESQ*<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　GERALDINE BURKS<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　LAW OFFICES OF RUSSELL A BURDELSKI<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-20459 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* <br> Acct: | 3,000.00 | 494.94 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| CAPITAL ONE(*) <br> Acct: 8304 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*) <br> Acct: 8794 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES** <br> Acct: 9866 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 4140 | 1,622.54 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++ <br> Acct: 2530 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK <br> Acct: 3336 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA** <br> Acct: 9153 | 1,033.49 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/M <br> Acct: 6804 | 0.00 | 0.00 | 0.00 | 0.00 |
| WFNNB/NEW YORK & CO <br> Acct: 8526 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 9063 | 1,316.58 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK <br> Acct: 0711 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 0632 | 1,074.39 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON CA <br> Acct: 1701 | 423.76 | 0.00 | 0.00 | 0.00 |
| COMCAST <br> Acct: 0708 | 291.37 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 7996 | 1,037.51 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 9561 | 389.84 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 9164 | 1,466.92 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 9369 | 1,946.19 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC <br> Acct: 0829 | 471.77 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                                               795.95

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 31,801.44 |
| UNSECURED | 11.074.36 |

Date: 11/15/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com